Fourth Appellate Department, December, 1898. Reported. 35 App. Div. 632.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS CRITELLI, Appellant.

APPEAL from judgment entered upon verdict of jury finding defendant guilty. of selling or giving away liquor on Sunday.

*Charles D. Newton,* attorney for appellant.

The court erred in charging the jury that if they found that defendant gave away lager beer on Sunday to the·special agents on the occasion in question, or to anybody else in their presence, then he was guilty, as charged in indictment.

The court erred in charging the jury that if defendant gave away lager beer on Sunday, it made no difference whether it was his or belonged to some of his guests who had bought a case and who had authorized this particular gift.

*Charles H. Rowe,* attorney for respondent.

The defendant was selling or giving away liquors on Sunday. That such liquor had been purchased in quantity by his boarders the night before, so as to have it on hand for Sunday, was not material if he gave any of it away, either with the consent of the owners or otherwise, and the charge to that effect was no error.

Judgment modified by striking therefrom the words "or stand committed to the Livingston county jail until paid, not exceeding two hundred days," and, as modified, affirmed. (See *People* v. *Stock,* 26 App Div. 564; affd. 157 N. Y. 681).

All concurred, WARD, J., not voting.